UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**DANIEL DEWAYNE AIKENS #21495-035**　　　　　CASE NO. 24-cv-196 SEC P

-vs-　　　　　　　　　　　　　　　　　　　　JUDGE DRELL

**SHERIFFS OFFICE RAPIDES PARISH**　　MAGISTRATE JUDGE PEREZ-MONTES
**ET AL**

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e) and 1915A until such time as the conditions of *Heck v. Humphrey*, 512 U.S. 477, 487 (1994) have been met.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana this 30 day of July 2024.

　　　　　　　　　　　　　　　　　　　　　　DEE D. DRELL, SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT